1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER PAUL HANNAH,

        Plaintiff,

    v.

HANOVER MARRIOTT HOTEL
CORPORATION, *et al.* ,

        Defendants.

Case No. C05-5282FDB

ORDER OF DISMISSAL

      Plaintiff was directed to file a short, plain statement of the grounds upon which this Court's jurisdiction depends and a claim showing that he is entitled to relief.  Plaintiff has failed to convince the Court that it has jurisdiction over these defendants, as Plaintiff has merely stated the violations that he believes has occurred.  ACCORDINGLY,

      IT IS ORDERED: Plaintiff's cause of action against all the defendants is DISMISSED.

      DATED this 19th day of May, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1